UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:20-CV-82343-AHS

HOWARD COHAN,

    Plaintiff,

vs.

TPG BOCA RATON, LLC
a Foreign Limited Liability Company
d/b/a RENAISSANCE BOCA RATON HOTEL

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, TPG BOCA RATON, LLC, a Foreign Limited Liability Company, d/b/a RENAISSANCE BOCA RATON HOTEL, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED February 11, 2021.

| | |
|---|---|
| By: **/s/** Gregory S. Sconzo | By: */s/ Paul De Boe* |
| Gregory S. Sconzo, Esq. | Paul J. De Boe |
| Florida Bar No.: 0105553 | Florida Bar Number 52051 |
| Sconzo Law Office, P.A. | paul.deboe@ogletreedeakins.com |
| 3825 PGA Boulevard, Suite 207 | OGLETREE, DEAKINS, NASH, |
| Palm Beach Gardens, FL 33410 | SMOAK & STEWART, P.C. |
| Telephone: (561) 729-0940 | Two Datran Center |
| Facsimile: (561) 491-9459 | 9130 S. Dadeland Boulevard |
| Email: greg@sconzolawoffice.com | Suite 1625 |
| Secondary Email: alexa@sconzolawoffice.com | Miami, Florida 33156 |
| Attorney for Plaintiff | Telephone: 305.374.0506 |
| | Facsimile: 305.374.0456 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                            **/s/ Gregory S. Sconzo**
                                            **Gregory S. Sconzo, Esq.**