UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.: 9:20-cv-82343-AHS

vs.

TPG BOCA RATON, LLC
a Foreign Limited Liability Company
d/b/a RENAISSANCE BOCA RATON HOTEL

    Defendant(s).
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and the Defendant, TPG BOCA RATON, LLC, a Foreign Limited Liability Company, d/b/a RENAISSANCE BOCA RATON HOTEL, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against TPG BOCA RATON, LLC, a Foreign Limited Liability Company, d/b/a RENAISSANCE BOCA RATON HOTEL; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

RESPECTFULLY SUBMITTED March 12, 2021.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: /s/ Paul De Boe |
| Gregory S. Sconzo, Esq. | Paul J. De Boe, Esq. |
| Florida Bar No.: 0105553 | Florida Bar Number 52051 |
| Sconzo Law Office, P.A. | paul.deboe@ogletreedeakins.com |
| 3825 PGA Boulevard, Suite 207 | OGLETREE, DEAKINS, NASH, SMOAK & |
| Palm Beach Gardens, FL 33410 | STEWART, P.C. |
| Telephone: (561) 729-0940 | Two Datran Center |
| Facsimile: (561) 491-9459 | 9130 S. Dadeland Boulevard, Suite 1625 |
| Email: greg@sconzolawoffice.com | Miami, Florida 33156 |
| Attorney for Plaintiff | Telephone: 305.374.0506 |
| | Facsimile: 305.374.0456 |

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                             **/s/ Gregory S. Sconzo**
                                             **Gregory S. Sconzo, Esq.**